**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff, ROBERT MENA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MENA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YOOJOONG YOON D/B/A LAGUNA BEACH CLEANERS; ROBERT C. GALL, M.D., AS TRUSTEE OF THE GALL TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 8:24-cv-01647-DOC (MAAx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff ROBERT MENA ("Plaintiff") and Defendant ROBERT C. GALL, M.D., AS TRUSTEE OF THE GALL TRUST stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: October 4, 2024         SO. CAL. EQUAL ACCESS GROUP

By:  */s/ Jason J. Kim*
   Jason J. Kim
   Attorneys for Plaintiff

DATED: October 4, 2024         Jeffer Mangels Butler & Mitchell LLP (JMBM)

By:  */s/ Stuart K. Tubis*
   Stuart K. Tubis, Esq.
   Attorneys for Defendant
   ROBERT C. GALL, M.D., AS TRUSTEE OF THE GALL TRUST

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 4, 2024         By: */s/ Jason J. Kim*
                  Jason J. Kim